IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LOU TYLER,                          )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )
PHH MORTGAGE CORPORATION, *et al.*, )
                                    )
            Defendants.             )    Civil Action No. 3:19-CV-3007-C-BT

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising the Court that Defendants' Motion to Dismiss should be

granted and that Plaintiff's claims should be dismissed with prejudice. Plaintiff filed timely

objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on

September 8, 2020.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or

specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C.

§ 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the

subject of a timely objection will be accepted by the Court unless they are clearly erroneous or

contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that

Plaintiff's objections should be **OVERRULED**.[1] The Court has further conducted an

---

[1] To the extent Plaintiff seeks injunctive relief, the Court notes that Plaintiff has improperly
asserted said request within the filing of her objections.

independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice. The Court **WARNS** Plaintiff that she may be subject to additional sanctions should she persist in the filing of duplicative and vexatious lawsuits.

SO ORDERED this _14th_ day of September, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE